```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTCH ROAD TRUST, LLC, et al.    :      CIVIL ACTION
                                  :
     v.                           :
                                  :
GF PRINCETON, LLC                 :      NO. 11-7743
```

ORDER

      AND NOW, this 21st day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendant to dismiss the complaint for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure (Doc. #5) is DENIED.

                                              BY THE COURT:

                                              /s/ Harvey Bartle III
                                                                           J.